```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00132
   RICHARD K MOSER
   JOYCE E MOSER                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-4720      SSN XXX-XX-8185
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/04/07 and confirmed on 04/16/07.

    2.  The case was converted to Chapter 7 after confirmation, 01/15/2008.

    3.  The Debtor paid a total of $   2870.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | .00 | .00 | .00 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | 2242.23 | .00 | 2242.23 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 3143.56 | .00 | 553.15 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11611.46 | .00 | .00 |
| ARBORETUM VIEW ANIMAL HO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1192.95 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3818.86 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18375.34 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1105.15 | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FOREST RECOVERY SRVS | UNSECURED | 4847.86 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8068.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2569.12 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1047.82 | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 351.72 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 496.94 | .00 | .00 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL BA | UNSECURED | 2193.93 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5385.79 | .00 | 55679.39 | .00 | 61065.18 |
| PRINCIPAL PAID | 2795.38 | .00 | .00 | .00 | 2795.38 |

```
INTEREST PAID                    .00         .00         .00         .00         .00
TOTAL PAID                   2795.38         .00         .00         .00     2795.38
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00 and was paid $      .00 .

The Trustee received $      74.62 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                            /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE